# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK/NEWPORT NEWS DIVISION**

Monday, November 26, 2018

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE RAYMOND A. JACKSON, U.S. DISTRICT JUDGE

Deputy Clerk: *P. Thompson*  Reporter: Janet Collins, OCR

| Set: 11:30 a.m. | Started: 11:35 a.m. | Ended: 11:40 a.m. |
|---|---|---|

| Case No. 4:17cr125 |
|---|
| **United States of America** |
| v. |
| **Vishal Jyotindra Patel** |
| |
| AUSA Brian Samuels appeared on behalf of the Govt. |
| Fernando Groene, c/a appeared with Vishal Jyotindra Patel, in custody. |
| |
| Matter came on for Competency Hearing. |
| Comments of court and counsel. |
| Court ADOPTS the Forensic Evaluation and FINDS deft was competent at the time of the offense and is competent to stand trial. |
| |
| Jury trial scheduled for January 8, 2019 at 10:00am in Norfolk. |
| |
| Court to issue an order. |
| Defendant remanded. |
| Court adjourned. |