# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**UNITED STATES OF AMERICA,**

v.  CRIMINAL ACTION NO. 4:17-cr-125

**VISHAL PATEL,**

    **Defendant.**

## *ORDER*

Before the Court is the issue of Vishal Patel's ("Defendant") competency to stand trial and assist his counsel in preparation of his defense pursuant to 18 U.S.C. § 4241 and his sanity at the time of the alleged offense pursuant to 18 U.S.C. § 4242. On April 3, 2018, the Court ordered Defendant be evaluated. ECF No. 16.

The United States Department of Justice's Federal Medical Center in Devens, Massachusetts conducted a psychological evaluation of Defendant and completed a report on August 7, 2018. ECF No. 17. The report found that Defendant is competent to stand trial and to assist his counsel in preparation of his defense. *Id.* at 11–13. The report also includes an addendum that concludes that Defendant was not suffering from any mental illness at the time of the alleged offense. *Id.* at 18–20.

On November 26, 2018, the Court held a hearing on Defendant's competency and sanity at which time neither the Government nor Defendant made objections to the report nor did either side present additional evidence concerning Defendant's competency.

Therefore, the Court **ADOPTS** the findings of the August 7, 2018 report and **FINDS** the Defendant is physically able and mentally competent to stand trial and to assist his counsel in preparation of his defense. The Clerk is **DIRECTED** to file the report under seal. The Clerk is

1

further **DIRECTED** to provide a copy of this Order to Counsel for Defendant and the United States Attorney for the Eastern District of Virginia.

**IT IS SO ORDERED.**

Newport News, Virginia
November 26, 2018

/s/
Raymond A. Jackson
**United States District Judge**