## COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
### Norfolk/Newport News Division

## SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 2:30 p.m. | Date: | March 13, 2019 |
| Started: | 2:30 p.m. | Judge: | Raymond A. Jackson, USDJ |
| Ended: | 3:30 p.m. | Court Reporter: | Janet Collins, OCR |
| | | U.S. Attorney: | Brian Samules, AUSA |
| | | Defense Counsel: | Fernando Groene, c/a |
| | | Courtroom Deputy: | Patrice Thompson |
| | | Probation Officer: | Shannon Gerard, USPO |
| | | Interpreter | |

Case No.    4:17cr125
Defendant:    Vishal Jyotindra Patel                    ( X ) In Custody          (   ) On Bond

__X__  Came on for disposition.    _____ Deft. Sworn.    _____ Interpreter sworn
__X__  Deft satisfied with advice, counsel, and effectiveness of counsel.
_____  Court adjudged deft. guilty of count _____ of the _____
_____  Govt/Deft's    _____ motion for downward departure.
_____       _____ motion for acceptance of responsibility.
_____       _____ Granted.    _____ Denied.

_____  Presentence Report reviewed.    __X__  Objections heard and rulings made.
_____  Court adopts PSR for the purpose of establishing the advisory guidelines.
_____  Court GRANTS Government request for 2-pt reduction in offense level based upon Attorney General's Policy.
_____  Evidence presented. (Witnesses and exhibits listed on last page)
__X__  Arguments of counsel heard.    __X__    Statement of deft. heard.

## IMPRISONMENT:

SENTENCE: Counts __3 and 5__: The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of ____34____ months. The term consists of ___10___ months on count ____3____, a term of ____24____ months on count ____5____ and _____ months on count _____, all to be served consecutively.

__X____  The deft. is remanded to the custody of the U.S. Marshal.

_____  The deft. shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

_____  If deft. is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

_____  If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:

_____ The deft. shall be placed on probation for a term of _____ years.

## SUPERVISED RELEASE:

X_____ Upon release from imprisonment, the deft. shall be on supervised release for a term of __1____ years.   This term consists of __1__ years on count __3__, a term of __1_____ years on count __5__, and a term of ___ years on count, all to run concurrently.

_____ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised Release/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

X_____ The deft. shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

_____ As reflected in the presentence report, the deft. presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5).   However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

_____ It shall be a condition of supervised release that the deft. pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

X_____ The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the deft. has reverted to the use of drugs or alcohol, with partial costs to be paid by the deft., all as directed by the probation officer.

X_____ The deft. shall waive all rights of confidentiality regarding substance abuse / mental health treatment in order to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

X_____ The defendant is prohibited from engaging in any aspect of the medical field, work in the medical field, or any similar occupation where the defendant would have access to patients, medical information, and/or controlled substances.

X_____ The deft. shall participate in a program approved by the United States Probation Office for mental health treatment.   The cost of this program is to be paid by the defendant as directed by the probation officer.

_____ The deft. shall pay support for his minor child(ren) in the amount ordered by any social service agency or court of competent jurisdiction, and shall register with the Department of Child Support Enforcement in any state in which he resides.

## <u>Illegal Alien Special Conditions:</u>

_____   As a condition of supervised release, upon completion of the term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. Section 1101, et seq.   As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

_____   If at anytime the defendant illegally reenters the United States during the term of supervised release, his illegal reentry will be a violation of supervised release, as well as a violation of law.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

| | | | | |
|---|---|---|---|---|
| __X__ | As to count | 3 | ,the deft shall pay a special assessment in the amount of | $100.00 . |
| __X__ | As to count | 5 | ,the deft shall pay a special assessment in the amount of | $100.00 . |
| _____ | As to count | _____ | ,the deft shall pay a special assessment in the amount of | _____ . |
| _____ | As to count | _____ | ,the deft shall pay a special assessment in the amount of | _____ . |

The total special assessment due is $____200.00___  and shall be due in full immediately.
(Special Assessment paid in full on 12/3/18)

Any balance remaining unpaid on the ~~fine~~/special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $50.00 per month, until paid in full.   Said payments shall commence sixty (60) days after defts. supervision begins.

## <u>FINE:</u>

__X____   Court finds deft. is unable to pay fine.

_____   The deft. shall pay a fine in the amount of $_____.

---

## <u>RESTITUTION:</u>

__X____   The deft. shall make restitution in the amount of $_____525.00 to Southeastern Virginia Health System and $2400.00 to Staff Care.   (Restitution paid in full on 3/13/19)

____ Interest waived

__X____   Restitution Judgment Order, entered and filed in open court.

---

## <u>SCHEDULE OF PAYMENTS:</u>

_____   Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X____   The special assessment/fine/restitution is due and payable immediately.   Any balance remaining unpaid on the special assessment/fine/restitution at the inception of supervision, shall be paid by the deft. in installments of not less than $____200.00___ per month, until paid in full. Said payments shall commence ____60____ days after deft's supervision begins.

9ev. 02/2006

_____ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment/fine/restitution ordered and shall notify the court of any change that may need to be made to the payment schedule.

_____ Each restitution payment shall be divided proportionately among the payees named.

_____ Restitution shall be made jointly and severally with _____.

_____

_____ Nothing in the Court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

_____ Any special assessment, restitution, or fine payments may be subject to penalties for default and delinquency.

_____ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.   All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

_____ The deft. shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

_____ The deft. notified of right of appeal.

__X_____ Court noted that deft. waived right of appeal in plea agreement.

__X_____ On motion of gov't, remaining counts dismissed.

_____ The deft. is continued on present bond and cautioned re bail jumping.

__X_____ Court recommends to the Bureau of Prisons:

            _____ The deft. be incarcerated in or near the Commonwealth of Virginia.

            __X_____ The deft. be enrolled in a mental health program.

            _____ The deft. be enrolled in a GED/educational program.

            __X_____ The deft be enrolled in a drug education program.

            _____ The deft be enrolled in a 500 hour Residential Drug Abuse Program (RDAP).

            _____ The deft be enrolled in a substance abuse treatment program.

            _____ The deft be enrolled in a vocational education program.

_____ Consent Order of Forfeiture, executed and filed in open court.

# Additional Counts/Comments:

_____

_____

_____

_____

_____