IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division


FILED
IN OPEN COURT
MAR 1 3 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:17CR125 |
| ) | |
| VISHAL JYOTINDRA PATEL, ) | |
| ) | |
| *Defendant.* ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$2,925.00**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:

   __✓__ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ __200__ per month ~~or 25 percent of net income, whichever is greater~~, beginning 60 days after release from any period of confinement, ~~or 60 days after sentencing if no confinement is imposed~~.

8. All payments shall be made to the Clerk of Court, United States District Court, 2400 West Avenue, Newport News, Virginia 23607.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall

notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Honorable Raymond A. Jackson
United States District Judge

ENTERED this 15th day of March, 2019.

at Newport News, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

Brian James Samuels
Assistant United States Attorney
United States Attorney's Office
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Telephone (757) 591-4032
brian.samuels@usdoj.gov

Kaitlin Gratton Cooke
Assistant United States Attorney
United States Attorney's Office
Sun Trust Building
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone (804) 819-5400
kaitlin.cooke@usdoj.gov

SEEN AND AGREED:

Vishal J. Patel
Vishal Jyotindra Patel
Defendant

Fernando Groene
Counsel for Defendant
Fernando Groene, PC
364 McLaws Circle
Suite 1A
Williamsburg, Virginia 23185
Telephone (757) 603-6173
fgroene@groenelaw.com

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Southeastern Virginia Health System<br>ATT: Angela Futrell<br>1033 28th Street<br>Newport News, VA 23607 | $525 |
| Staff Care<br>12400 High Bluff Drive<br>San Diego, California 92130 | $2,400 |
| | |
| **Total Amount of Restitution Due from Defendant** | **$2,925** |